UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KIMBERLY C. MAYO,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

_____/

Case No. 16-cv-12295

UNITED STATES DISTRICT COURT JUDGE
GERSHWIN A. DRAIN

UNITED STATES MAGISTRATE JUDGE
STEPHANIE DAWKINS DAVIS

## **ORDER ACCEPTEDING AND ADOPTING REPORT AND RECOMMENDTION (#24) GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT (#17) AND DENYING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (#19)**

This matter is before the Court on cross motions for summary judgment as to judicial review of the Commissioner's decision disallowing benefits to Plaintiff. The matter was referred to Magistrate Judge Stephanie Dawkins Davis, who issued a Report and Recommendation on September 1, 2017, recommending that the Court grant Plaintiff's Motion for Summary Judgment and deny Defendant's Motion for Summary Judgment. Neither party has filed objections to the Magistrate Judge's Report and Recommendation, and the time for filing objections has expired. *See* 28 U.S.C. § 636(b)(1)(C). Upon review of the parties' briefing and the Magistrate Judge's Report and Recommendation, the Court concludes that

-1-

the Magistrate Judge reached the correct conclusion. Therefore, the Court hereby ACCEPTS and ADOPTS Magistrate Judge Davis's September 1, 2017 Report and Recommendation [#24] as this Court's findings of fact and conclusions of law. Plaintiff's Motion for Summary Judgment is GRANTED and Defendant's Motion for Summary Judgment is DENIED.

    SO ORDERED.

Dated:    September 28, 2017

                                                     s/Gershwin A. Drain
                                                   HON. GERSHWIN A. DRAIN
                                                   United States District Court Judge